IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BRIAN D. HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:13-cv-00076 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Griffin |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 17), filed along with a Memorandum in Support (Doc. No. 18). Defendant states that remand is appropriate in this case for further development of the record by the Administrative Law Judge, as well as the opportunity for Plaintiff "to submit any additional or updated medical information." (Doc. No. 18 at 1.) Defendant further states that Plaintiff Brian D. Hernandez's counsel has no objection to the Motion. (Doc. No. 17.)

The Court hereby **GRANTS** Defendant's Motion and **REMANDS** this case to the Commissioner. Accordingly, the case is **DISMISSED**. Plaintiff's pending Motion for Judgment on the Administrative Record (Doc. No. 13) is **TERMINATED AS MOOT**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT